**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
mroose@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant United Factory Furniture Corp.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE GOMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED FACTORY FURNITURE CORP.,<br>a Foreign corporation, DOES 1-50,<br><br>　　　　Defendants. | CASE NO.:　2:21-cv-01058-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between Defendant, UNITED FACTORY FURNITURE CORP., by and through its attorneys of record, MELISSA J. ROOSE, ESQ. of the law firm of RESNICK & LOUIS, P.C., and Plaintiff, ENRIQUE GOMEZ, by and through his attorneys of record, DANIEL R. WATKINS, ESQ. AND THERESA M. SANTOS, ESQ. of WATKINS & LETOFSKY, LLP, that this Court enter a dismissal with prejudice of Plaintiff's Complaint in United States District Court, District of Nevada Case No. 2:21-cv-01058-RFB-NJK pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), with all parties to bear their own respective attorney's fees and costs.

///

///

///

1

IT IS SO STIPULATED.

Dated this 3rd day of December, 2021.          **RESNICK & LOUIS P.C.**

                                               /s/ MELISSA J. ROOSE
                                               MELISSA J. ROOSE, ESQ.
                                               Nevada Bar No. 7889
                                               8925 West Russell Road, Suite 220
                                               Las Vegas, NV 89148
                                               *Attorneys for Defendant*
                                               UNITED FACTORY FURNITURE CORP.

Dated this 3rd day of December, 2021.          **WATKINS & LETOFSKY, LLP**

                                               /s/ THERESA M. SANTOS
                                               DANIEL R. WATKINS, ESQ.
                                               Nevada Bar No. 11881
                                               THERESA M. SANTOS, ESQ.
                                               Nevada Bar No. 9448
                                               8935 S. Pecos Road, Suite 22A
                                               Las Vegas, NV 89074
                                               *Attorneys for Plaintiff*

IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court, District of Nevada, Case No. 2:21-cv-01058--RFB-NJKF is hereby dismissed with prejudice. Each party shall bear their own respective attorney's fees and costs.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____