**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
mroose@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant United Factory Furniture Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE GOMEZ, | CASE NO.:   2:21-cv-01058-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED FACTORY FURNITURE CORP., a Foreign corporation, DOES 1-50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant, UNITED FACTORY FURNITURE CORP., by and through its attorneys of record, MELISSA J. ROOSE, ESQ. of the law firm of RESNICK & LOUIS, P.C., and Plaintiff, ENRIQUE GOMEZ, by and through his attorneys of record, DANIEL R. WATKINS, ESQ. AND THERESA M. SANTOS, ESQ. of WATKINS & LETOFSKY, LLP, that this Court enter a dismissal with prejudice of Plaintiff's Complaint in United States District Court, District of Nevada Case No. 2:21-cv-01058-RFB-NJK pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), with all parties to bear their own respective attorney's fees and costs.

///

///

///

1

IT IS SO STIPULATED.

Dated this 3rd day of December, 2021.                **RESNICK & LOUIS P.C.**


                                                      */s/ MELISSA J. ROOSE*
                                                      MELISSA J. ROOSE, ESQ.
                                                      Nevada Bar No. 7889
                                                      8925 West Russell Road, Suite 220
                                                      Las Vegas, NV 89148
                                                      *Attorneys for Defendant*
                                                      *UNITED FACTORY FURNITURE CORP.*


Dated this 3rd day of December, 2021.                **WATKINS & LETOFSKY, LLP**


                                                      */s/ THERESA M. SANTOS*
                                                      DANIEL R. WATKINS, ESQ.
                                                      Nevada Bar No. 11881
                                                      THERESA M. SANTOS, ESQ.
                                                      Nevada Bar No. 9448
                                                      8935 S. Pecos Road, Suite 22A
                                                      Las Vegas, NV  89074
                                                      *Attorneys for Plaintiff*


        IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's

Complaint in United States District Court, District of Nevada, Case No. 2:21-cv-01058--RFB-

NJKF is hereby dismissed with prejudice. Each party shall bear their own respective attorney's

fees and costs.

                                **IT IS SO ORDERED:**


                                _____
                                RICHARD E. BOULWARE, II
                                **United States District Court**

                                DATED this 7th day of December, 2021.

2